# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 200 WAL 2020

        Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

        v. :

JAMES LEONARD RUSSELL, :

        Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 201 WAL 2020

        Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

        v. :

JAMES LEONARD RUSSELL, :

        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.